# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

TEODULO TIRO OLIVERA,

      Petitioner,

v.                                                                      Case No. 1:26-cv-00367 KWR-JHR

GEORGE DEDOS, *Warden of the Torrance County Detention Center,*
JOEL GARCIA, *Field Office Director of the El Paso Field Office,*
*and* KRISTI NOEM*, Secretary of the U.S. Department*
*of Homeland Security*,

      Respondents.

## ORDER

**THIS MATTER** comes before the Court on a status report (Doc. 9). The Court granted Petitioner's habeas petition in part and ordered Respondents to provide Petitioner a bond hearing. The parties filed a joint status report, in which Petitioner asserts in part that his counsel was not provided notice of the bond hearing.  It is unclear whether Petitioner requests relief.

If Petitioner requests relief, he should file a motion to enforce the Court's judgment within **fourteen (14) days** of the entry of this order.  Respondents shall file a response to any motion within **fourteen (14) days** of the filing of a motion.

**IT IS SO ORDERED.**

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE